**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-7332**

_____

DANIEL ERIC COBBLE,

Petitioner - Appellant,

v.

KENNY ATKINSON; MATTHEW G. WHITAKER; US BUREAU OF
PRISONS; ATTORNEY GENERAL OF GEORGIA; DISTRICT ATTORNEY,
BALDWIN COUNTY GEORGIA; DISTRICT ATTORNEY, COBB COUNTY
GEORGIA; DISTRICT ATTORNEY, CHEROKEE COUNTY GEORGIA; US
MARSHALS; GEORGIA DEPARTMENT OF CORRECTIONS; DISTRICT
ATTORNEY, WILCOX COUNTY GEORGIA; NC ATTORNEY GENERAL,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh. James C. Dever III, District Judge. (5:17-hc-02153-D)

_____

Submitted: December 20, 2018                    Decided: December 27, 2018

_____

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel Eric Cobble, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Eric Cobble appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Cobble's informal brief does not challenge the basis for the district court's disposition, Cobble has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We deny Cobble's motion for reconsideration of our order substituting a party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*